1
2
3
4
5

6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8

9  | JENNIFER EUBANKS,                          | Case No.: 3:10CV-01510 TEH
10 |         Plaintiff,                         | Hon. Thelton E. Henderson
11 |    v.                                      | ~~(PROPOSED)~~ ORDER RE NOTICE
12 | BP PRODUCTS NORTH AMERICA, a               | TO APPEAR TELEPHONICALLY
   | Maryland Corporation; BP WEST COAST        | AT CASE MANAGEMENT
13 | PRODUCTS LLC, a Delaware Limited           | CONFERENCE
14 | Liability Company; and DOES 1-20,
   | inclusive,
15 |         Defendant.                         | Date:  July 26, 2010
   |                                            | Time:  1:30 p.m.
16 |                                            | Crtm:  12

17
18
19
20
21
22
23
24
25
26
27
28

1       Having read and considered Defendants BP Products North America Inc. and BP West Coast Products LLC's Notice to Appear Telephonically at Case Management Conference, and good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

      1.    Defendants are allowed to appear telephonically at the Case Management Conference presently set for July 26, 2010 at 1:30 p.m.

      IT IS SO ORDERED.

DATED: 07/07/10



Hon. Thelton E. Henderson
United States District Judge