1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT FOR THE

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JENNIFER EUBANKS,<br><br>      Plaintiff,<br><br>      v.<br><br>BP PRODUCTS NORTH AMERICA., a Maryland Corporation; BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and DOES 1-20, inclusive,<br><br>      Defendants. | CASE NO.:  3:10CV-01510 TEH<br><br>Hon. Thelton E. Henderson<br><br>~~(PROPOSED)~~ **ORDER RE NOTICE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:       July 26, 2010<br>Time:      1:30 p.m.<br>Crtm:      12 |

1  Having read and considered Plaintiff JENNIFER EUBANKS' Notice to Appear Telephonically
2  at Case Management Conference, and good cause appearing therefor, IT IS HEREBY ORDERED AS
3  FOLLOWS:
4      1.    Plaintiff is allowed to appear telephonically at the Case Management Conference
5  presently set for July 26, 2010 at 1:30 p.m.

7      IT IS SO ORDERED

9  DATED: _____07/16/10_____

Hon. Thelton E. Henderson
United States District Judge

