Richard D. Black, CA State Bar No. 135765
Law Offices of Richard D. Black
1981 N. Broadway, Suite 340
Walnut Creek, California 94596
Telephone: (925) 932-8400
Facsimile: (925) 932-1147
E-mail: richardblack@sbcglobal.net

Attorneys for Plaintiff **JENNIFER EUBANKS**

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER EUBANKS,<br><br>    Plaintiff,<br><br>    v.<br><br>BP PRODUCTS NORTH AMERICA., a Maryland Corporation; BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO.: 3:10CV-01510 TEH<br><br>Hon. Thelton E. Henderson<br><br>**STIPULATION OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Defendant BP West Coast Products LLC is dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

DATED: August     , 2010

LAW OFFICES OF RICHARD D. BLACK

By:      /s/
RICHARD D. BLACK
Attorneys for Plaintiff
**JENNIFER EUBANKS**

*IT IS SO ORDERED*
Judge Thelton E. Henderson
08/26/10

-1-

1  DATED: August    , 2010

2                                              ALSTON & BIRD LLP

4                                              By: _____/s/_____
5                                                   SAYAKA KARITANI
                                                    Attorneys for Defendants
6                                                   **BP PRODUCTS NORTH AMERICA INC.**
                                                    and **BP WEST COAST PRODUCTS LLC**