Richard D. Black, CA State Bar No. 135765
Law Offices of Richard D. Black
1981 N. Broadway, Suite 340
Walnut Creek, California 94596
Telephone:  (925) 932-8400
Facsimile:  (925) 932-1147
E-mail:  richardblack@sbcglobal.net

Attorneys for Plaintiff **JENNIFER EUBANKS**

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER EUBANKS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BP PRODUCTS NORTH AMERICA., a Maryland Corporation; BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | CASE NO.:  3:10CV-01510 TEH<br><br>Hon. Thelton E. Henderson<br><br>**STIPULATION TO CONTINUE DEADLINE FOR MEDIATION AND TO RESCHEDULE SECOND CASE MANAGEMENT CONFERENCE** |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the deadline for completion of mediation be extended to and through November 4, 2010, and that the Case Management Conference, now scheduled for 1:30 p.m. on October 25, 2010 be continued to 1:30 p.m. on November 8, 2010.

　　　　The appointed mediator Todd Boley, Esq., is informed of and agrees to the continuation of the mediation deadline.

DATED:  September ___, 2010

　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF RICHARD D. BLACK


　　　　　　　　　　　　　　　　　　By:  _____/s/_____

STIPULATION TO CONTINUE DEADLINE FOR MEDIATION AND TO RESCHEDULE SECOND CASE MANAGEMENT CONFERENCE
Jennifer Eubanks v. BP Products North America, et al.
Case No.: 3:10CV-01510 TEH
- 1 -

1
2
                                    RICHARD D. BLACK
                                    Attorneys for Plaintiff
                                    **JENNIFER EUBANKS**

3

4  DATED: September ___, 2010

5                                      ALSTON & BIRD LLP

6

7                                      By: _____/s/_____
8                                          DEBORAH YOON JONES
                                    Attorneys for Defendants
9                                      **BP PRODUCTS NORTH AMERICA INC.**
                                    and **BP WEST COAST PRODUCTS LLC**

10

11

12  IT IS SO ORDERED

13

14  DATED:  09/15/10 _____

15                                      Hon. Thelton E. Henderson
                                    United States District Judge