# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER EUBANKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BP PRODUCTS NORTH AMERICA, a Maryland Corporation; BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and DOES 1-20, inclusive,<br><br>　　　　Defendant. | Case No.: 3:10CV-01510 TEH<br><br>Hon. Thelton E. Henderson<br><br>[PROPOSED] **ORDER RE NOTICE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:　November 8, 2010<br>Time:　1:30 p.m.<br>Crtm:　12 |

Having read and considered Defendant BP Products North America Inc.'s Notice to Appear Telephonically at Case Management Conference, and good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendant is allowed to appear telephonically at the Case Management Conference presently set for November 8, 2010 at 1:30 p.m.

IT IS SO ORDERED.

DATED: 10/19/10

Hon.
United States District Judge

*Judge Thelton E. Henderson*

Respectfully submitted,

DEBORAH YOON JONES
SAYAKA KARITANI
**ALSTON & BIRD LLP**

/S/ Sayaka Karitani

------------------------------------
Sayaka Karitani
Attorneys for Defendant
**BP PRODUCTS NORTH AMERICA INC.**