UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER EUBANKS,<br><br>    Plaintiff,<br><br>    v.<br><br>BP PRODUCTS NORTH AMERICA., a Maryland Corporation; BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO.:  3:10CV-01510 TEH<br><br>Hon. Thelton E. Henderson<br><br>**(~~PROPOSED~~) ORDER RE NOTICE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:         November 8, 2010<br>Time:         1:30 p.m.<br>Crtm:         12 |

**1**  Having read and considered Plaintiff JENNIFER EUBANKS' Notice to Appear Telephonically
**2**  at Case Management Conference, and good cause appearing therefore, IT IS HEREBY ORDERED AS
**3**  FOLLOWS:
**4**  1. Plaintiff is allowed to appear telephonically at the Case Management Conference
**5**  presently set for November 8, 2010 at 1:30 p.m.

**7**  IT IS SO ORDERED.

**9**  DATED:  10/26/10



Judge Thelton E. Henderson