Richard D. Black, CA State Bar No. 135765
Law Offices of Richard D. Black
1981 N. Broadway, Suite 340
Walnut Creek, California 94596
Telephone:  (925) 932-8400
Facsimile:  (925) 932-1147
E-mail:  richardblack@sbcglobal.net

Attorneys for Plaintiff **JENNIFER EUBANKS**

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER EUBANKS,<br><br>        Plaintiff,<br><br>        v.<br><br>BP PRODUCTS NORTH AMERICA., a Maryland Corporation; BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company; and DOES 1-20, inclusive,<br><br>        Defendants. | CASE NO.:  3:10CV-01510 TEH<br><br>Hon. Thelton E. Henderson<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED:  November _10_, 2010

LAW OFFICES OF RICHARD D. BLACK

RICHARD D. BLACK
Attorneys for Plaintiff
JENNIFER EUBANKS

1  DATED:  November 24, 2010

2                                          ALSTON & BIRD LLP

3

4  
                                           DEBBIE YOON JONES
5                                          Attorneys for Defendants
                                           BP PRODUCTS NORTH AMERICA INC.
6                                          and BP WEST COAST PRODUCTS LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation of Dismissal**
*Jennifer Eubanks v. BP Products North America, et al.*
Case No:  3:10CV-01510 TEH